IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PURZEL VIDEO GMBH, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-02501 |
| | ) |
| DOES 1-84, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR LEAVE
TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

COMES NOW Plaintiff, Purzel Video GmbH and respectfully moves this Court, for Leave to take Discovery Prior to the Rule 26(f) Conference. Specifically, Plaintiff seeks leave of Court to serve limited discovery prior to a Rule 26(f) conference on non-party ISPs to determine the true identities of the John Doe Defendants and for all other relief as this Court deems just and proper. Plaintiff incorporates herein the reasoning set forth in its accompanying Memorandum. Plaintiff provides a Proposed Order based on the Order used in *Sunlust Pictures, LLC v. Does 1-75*, No. 1:12-cv-1546, Docket No. 11 (N.D. Ill. Mar. 14, 2012) (Pallmeyer, J.).

WHEREFORE Plaintiff Purzel Video GmbH respectfully moves this Court for Leave to take Discovery Prior to the Rule 26(f) Conference and for all other relief as this Court deems just and proper.

Respectfully submitted,
PLAINTIFF PURZEL VIDEO GMBH

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

Dated: April 4, 2013

By: /s/ Paul A. Lesko
Mr. Paul A. Lesko – IL Bar No. 6288806
One Court Street
Alton, IL 62002
Ph: 618-259-2222
Fax: 618-259-2251
Email: plesko@simmonsfirm.com

Mr. Patrick J. Keating – IL Bar No. 6211380
230 West Monroe, Suite 2221
Chicago, Illinois 60606
Ph: 312-759-7500
Fax: 312-759-7516
Email: pkeating@simmonsfirm.com

### CERTFICATE OF SERVICE

I hereby certify that on April 4, 2013, I electronically filed the foregoing pleading with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Paul A. Lesko