IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PURZEL VIDEO GmbH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-02501 |
| | ) Honorable Joan B. Gottschall |
| DOES 1-84, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S NOTICE OF DISMISSAL OF DOE NUMBER 38

Plaintiff hereby files this Notice of Dismissal of Doe Number 38. This Notice of Dismissal is specific to the Doe Defendant identified herein and does not apply to any Defendant other than the Defendant listed herein. The Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal 81 John Does will remain in this action.

Dated: May 30, 2013

Respectfully submitted,

By: /s/ Paul A. Lesko
Paul A. Lesko – IL Bar No. 6288806
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

Patrick J. Keating
230 W. Monroe Street

1

Suite 2221
Chicago, IL 60606
(312) 759-7518
Fax: (312) 759-7516
Email: pjk@keatinglawgroup.com

Attorneys for Purzel Video GmbH

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

/s/ Paul A. Lesko

Attorney for Plaintiff
Purzel Video GmbH, Inc.