# EXHIBIT A

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 67.186.127.148 | 01/03/2013 05:24:26 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 2 | 24.13.99.210 | 01/03/2013 02:52:18 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 3 | 76.29.12.211 | 01/03/2013 07:19:53 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 4 | 71.228.37.207 | 01/03/2013 10:09:38 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 5 | 99.61.206.244 | 01/03/2013 10:39:49 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |
| 6 | 67.184.8.22 | 01/04/2013 12:48:59 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 7 | 76.16.135.64 | 01/04/2013 05:32:57 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 8 | 108.71.133.0 | 01/04/2013 01:18:12 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |
| 9 | 76.224.0.52 | 01/04/2013 01:53:10 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T Internet Services | Illinois |
| 10 | 98.222.245.44 | 01/04/2013 02:26:00 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 11 | 67.162.38.82 | 01/05/2013 01:05:29 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 12 | 108.69.86.13 | 01/05/2013 09:51:15 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |
| 13 | 70.131.98.17 | 01/06/2013 03:49:23 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T Internet Services | Illinois |
| 14 | 71.194.87.15 | 01/06/2013 09:42:32 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 15 | 98.206.121.3 | 01/06/2013 08:00:31 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 16 | 99.145.54.25 | 01/07/2013 12:50:44 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |
| 17 | 98.220.224.246 | 01/07/2013 02:07:28 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 18 | 98.213.201.71 | 01/07/2013 03:13:47 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 19 | 67.174.20.74 | 01/08/2013 01:16:24 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 20 | 98.226.56.149 | 01/08/2013 04:58:34 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 21 | 67.167.218.146 | 01/08/2013 07:56:58 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 22 | 67.176.155.245 | 01/08/2013 11:13:05 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 23 | 24.13.164.8 | 01/08/2013 03:31:17 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 24 | 99.92.224.110 | 01/09/2013 01:43:37 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |
| 25 | 67.186.68.208 | 01/09/2013 05:09:05 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 26 | 98.213.225.102 | 01/09/2013 11:01:32 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 27 | 98.228.97.223 | 01/10/2013 12:37:07 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 28 | 99.61.205.244 | 01/11/2013 02:44:49 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |
| 29 | 50.129.142.16 | 01/11/2013 03:59:04 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 30 | 99.14.232.235 | 01/11/2013 06:47:51 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T Internet Services | Illinois |
| 31 | 99.140.202.133 | 01/11/2013 10:49:50 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T Internet Services | Illinois |

| # | IP | Date | Hash | ISP | State |
|---|---|---|---|---|---|
| 32 | 99.111.232.184 | 01/11/2013 11:04:17 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |
| 33 | 98.227.111.41 | 01/11/2013 02:37:07 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 34 | 108.217.157.147 | 01/11/2013 10:33:25 | 182CE7608C4ABA2DB1932CA1F9C00154CFCDCE8D | AT&T U-verse | Illinois |
| 35 | 75.5.69.229 | 01/12/2013 12:45:26 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T Internet Services | Illinois |
| 36 | 67.184.112.104 | 01/13/2013 03:03:36 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 37 | 50.151.143.187 | 01/14/2013 08:58:34 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 38 | 67.167.3.181 | 01/14/2013 09:58:28 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 39 | 24.14.166.139 | 01/14/2013 10:50:52 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 40 | 108.233.140.173 | 01/15/2013 09:07:22 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |
| 41 | 24.1.220.46 | 01/15/2013 05:16:47 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 42 | 71.201.82.175 | 01/16/2013 06:17:33 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 43 | 24.12.213.11 | 01/16/2013 01:16:27 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 44 | 99.141.198.28 | 01/17/2013 03:48:43 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T Internet Services | Illinois |
| 45 | 71.228.6.20 | 01/17/2013 04:11:35 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 46 | 24.1.148.193 | 01/17/2013 09:46:18 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 47 | 99.141.190.3 | 01/18/2013 03:28:55 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T Internet Services | Illinois |
| 48 | 108.197.0.241 | 01/18/2013 04:21:47 | 182CE7608C4ABA2DB1932CA1F9C00154CFCDCE8D | AT&T U-verse | Illinois |
| 49 | 71.201.61.66 | 01/18/2013 01:01:29 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 50 | 76.125.3.95 | 01/18/2013 03:23:12 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 51 | 50.151.1.141 | 01/19/2013 04:02:06 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 52 | 71.194.241.49 | 01/19/2013 05:23:37 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 53 | 71.239.164.87 | 01/20/2013 11:34:04 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 54 | 98.213.40.126 | 01/20/2013 07:38:39 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 55 | 173.15.110.133 | 01/21/2013 12:16:07 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Business Communications | Illinois |
| 56 | 24.148.56.186 | 01/21/2013 06:09:59 | 840DCF35EA1B0EA81724D0385604461FDF532606 | RCN Corporation | Illinois |
| 57 | 108.209.253.74 | 01/21/2013 08:47:04 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |
| 58 | 76.29.25.30 | 01/22/2013 02:19:14 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 59 | 67.184.171.240 | 01/22/2013 04:00:23 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 60 | 24.12.208.38 | 01/22/2013 04:09:59 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 61 | 108.90.66.58 | 01/22/2013 01:10:08 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |
| 62 | 67.167.230.139 | 01/22/2013 09:30:31 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 63 | 24.13.131.54 | 01/23/2013 07:51:40 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |

| # | IP | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 64 | 108.217.157.121 | 01/23/2013 11:37:57 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |
| 65 | 98.206.8.203 | 01/25/2013 02:28:08 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 66 | 67.175.58.70 | 01/25/2013 03:13:41 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 67 | 67.177.176.36 | 01/26/2013 01:23:53 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 68 | 98.212.43.1 | 01/26/2013 01:36:46 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 69 | 67.175.81.97 | 01/27/2013 12:13:12 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 70 | 98.213.162.4 | 01/27/2013 06:08:33 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 71 | 67.163.93.134 | 01/28/2013 05:26:18 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 72 | 98.222.251.1 | 01/28/2013 08:53:35 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 73 | 50.79.29.89 | 01/28/2013 12:41:05 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Business Communications | Illinois |
| 74 | 98.213.242.102 | 01/28/2013 05:01:35 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 75 | 67.175.4.6 | 01/29/2013 12:41:55 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 76 | 98.206.203.181 | 01/29/2013 05:08:23 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 77 | 76.29.90.9 | 01/29/2013 06:58:52 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 78 | 67.167.91.135 | 01/29/2013 08:07:36 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 79 | 76.16.229.128 | 01/29/2013 03:27:53 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 80 | 24.1.94.81 | 01/29/2013 09:44:19 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 81 | 24.148.27.82 | 01/30/2013 01:32:08 | 840DCF35EA1B0EA81724D0385604461FDF532606 | RCN Corporation | Illinois |
| 82 | 98.220.192.33 | 01/30/2013 04:19:58 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 83 | 24.14.1.16 | 01/30/2013 07:59:08 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Illinois |
| 84 | 76.230.81.68 | 01/30/2013 03:53:41 | 840DCF35EA1B0EA81724D0385604461FDF532606 | AT&T U-verse | Illinois |