IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PURZEL VIDEO GMBH, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>JOEL LIPSKY, TATIANA SAVENOK, )<br>MUHAMED HADZIMURATOVIC, )<br>MICHAEL SMITH, SCOTT KEHOE, )<br>JEFFREY WARNER, MIKE JUAREZ, AND )<br>DOES 18, 29, AND 42, )<br>)<br>*Defendants*. )<br>) | Case No. 1:13-cv-02501<br><br>Hon. Joan B. Gottschall<br><br>***JURY TRIAL DEMANDED*** |

## MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

In accordance with the Court's Order [Docket No. 13], Plaintiff has received the information identifying the named Defendants and filed an amended complaint on July 26, 2013 [Docket No. 29]. Plaintiff has filed summons with the Court for the seven (7) named Defendants. Plaintiff has received the summons from the clerk so that it may with service on the seven (7) named defendants.

For these reasons and the reasons set forth in Plaintiff's Memorandum in Support of this motion, Plaintiff requests that the Court extend the time by which the Plaintiff must serve the Defendants in this case for a period of twenty one (21) days from today's date, up to and including August 22, 2013.

1

August 1, 2013                                     Respectfully submitted,

                                                   By its Attorneys,
SIMMONS BROWDER GIANARIS
  ANGELIDES & BARNERD, LLC


By:/s/*Paul A. Lesko*
       Paul A. Lesko
       One Court Street
       Alton, IL 62002
       Ph: 618.259.2222
       Fax: 618.259.2251
       plesko@simmonsfirm.com

       Patrick Keating
       230 West Monroe, Ste. 2221
       Chicago, IL 60606
       Phone: 312.759.7500
       Fax: 312.759.7516
       pkeating@simmonsfirm.com

***Attorneys for Plaintiff Purzel Video GmbH***


## CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of August, 2013, a true and accurate copy of the foregoing was filed via the Court's Electronic Case Filing system (ECF) upon all counsel of record:

Jonathan Lucas Allen Phillips
Shay Kepple Phillips, Ltd.
456 Fulton St.
Ste. 255
Peoria, IL 61602
Phone: 309.494.6155
jphillips@skplawyers.com
***Counsel for Defendant Doe 18***
Erin Kathryn Russell
The Russell Firm
233 South Wacker Dr.
84th Floor
Chicago, IL 60606
Phone: 312.994.2424
erin@russellfirmchicago.com
***Counsel for Defendant Does 29 & 42***

*Paul A. Lesko*
Paul A. Lesko – Simmons, Browder, Gianaris Angelides & Barnerd, LLC