UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PURZEL VIDEO GmbH, ) | |
|     Plaintiff, ) | |
| ) | Case No. 13 C 2501 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| DOES 1-84, ) | |
|     Defendants. ) | |

**ORDER**

    Memorandum Opinion & Order entered. For the reasons explained in the accompanying opinion, Defendant's motions to quash, sever, and dismiss [17], [21] are granted in part and denied in part. Count III of the complaint is dismissed. The motions to quash are denied, while the motions to sever are denied without prejudice. Plaintiff is entitled only to the account holders' names and mailing addresses. Plaintiff shall not publish the Doe defendants' identities without further leave of the court. Plaintiff shall file an amended notice of affiliates with the court. Status hearing set for 10/8/2013 at 9:30 AM.

DATED: August 16, 2013            /s/
                                            JOAN B. GOTTSCHALL
                                            United States District Judge