IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PURZEL VIDEO GMBH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-02501 |
| ) | |
| DOES 1-84, ) | Hon. Joan B. Gottschall |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

## AMENDED NOTICE OF AFFILLIATES

Pursuant to FED. R. CIV. P. 7.1, Local Rule 3.2, and this Court's Order [Docket No. 36], Plaintiff Purzel Video GmbH ("Purzel Video") hereby informs the Court that the members of Purzel Video are Martin Göbel (90%) and Margit Göbel (10%).

Dated: August 23, 2013

Respectfully submitted,
Purzel Video GmbH

By its Attorneys,

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: /s/ Paul A. Lesko
    Paul A. Lesko
    One Court Street
    Alton, IL 62002
    Ph: 618.259.2222
    Fax: 618.259.2251
    plesko@simmonsfirm.com

>Patrick J. Keating – IL Bar No. 6211380
>230 West Monroe, Suite 2221
>Chicago, Illinois 60606
>Ph: 312-759-7500/Fax: 312-759-7516
>pkeating@simmonsfirm.com
>
>***Attorneys for Plaintiff Purzel Video GmbH***

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of August, 2013, a true and accurate copy of the foregoing was filed via the Court's Electronic Case Filing system ("ECF") upon all counsel of record:

Jonathan LA Phillips
Shay Kepple Phillips, Ltd.
456 Fulton St., Suite 255
Peoria, IL 61602
Phone: 309.494.6155
***Counsel for Defendant Doe 18***

Erin Kathryn Russell
The Russell Firm
233 S. Wacker Drive 84 FL
Chicago, IL 60606
312.994.2424
***Counsel for Defendant Does 29 & 42***

>/s/ Paul A. Lesko
>Paul A. Lesko - Simmons, Browder, Gianaris, Angelides & Barnerd, LLC