# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PURZEL VIDEO GmbH, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 13 C 2501 |
|     v. | ) | |
| | ) | Judge Joan B. Gottschall |
| DOES 1-84, | ) | |
|     Defendants. | ) | |

## **ORDER**

Pursuant to the court's 8/16/2013 order, Plaintiff may not publish the identities of the Defendants without leave of the court. Accordingly, the following documents have been placed under seal: Amended Complaint [29], Motion for Extension of Time [30], Memorandum [31], Notice of Motion [32], Order [34], Notification of Affiliates [37]. Plaintiff is directed to file a redacted version of the documents in chambers in paper form, so that the court may replace the documents on the docket. The parties shall use the anonymous caption "Does 1-84" for further filings and may not include the Defendants' names in any documents.

DATED:  August 23, 2013          /s/
                                                   JOAN B. GOTTSCHALL
                                                   United States District Judge