IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PURZEL VIDEO GMBH, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-CV-02501 |
| | ) | |
| Does 1-84, | ) | *JURY TRIAL DEMANDED* |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**DISMISSAL OF DOE NOS. 7, 18, AND 76 PURSUANT TO**
**FED. R. CIV. P. 41(A)(1)(A)(i)**

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 7, 18, and 76. This Notice of Dismissal is specific to the 3 Doe Defendants identified herein and does not apply to any Defendants other than the Defendants listed herein. The Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal six (6) Defendants will remain in this action.

Plaintiff hereby dismisses Does 7, 18, and 76 **without prejudice**.


October 4, 2013                               Respectfully submitted,

                                              PLAINTIFF Purzel Video GmbH


                                              By its attorneys
                                              SIMMONS BROWDER GIANARIS
                                                ANGELIDES & BARNERD LLC

1

By: /s/ *Paul A. Lesko*_____
     Paul A. Lesko – IL Bar No. 6288806
     One Court Street
     Alton, IL 62002
     Ph: 618.259.2222
     Fax: 618.259.2251
     plesko@simmonsfirm.com

     Patrick J. Keating
     230 W. Monroe Street, Suite 2221
     Chicago, IL 60606
     Phone: (312) 759-7518
     Fax: (312) 759-7516
     pjk@keatinglawgroup.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 4, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

Jonathan Lucas Allen Phillips
Shay Kepple Phillips, Ltd.
456 Fulton St.
Ste. 255
Peoria, IL 61602
Phone: (309) 494-6155
jphillips@skplawyers.com
**Counsel for Defendant Doe 18**

Erin Kathryn Russell
The Russell Firm
233 South Wacker Drive
84th Floor
Chicago, IL 60606
Phone: 312 994 2424
Fax: 312-706-9766
erin@russellfirmchicago.com.
**Counsel for Defendant Doe 29 & 42**

     */s/ Paul A. Lesko*_____
     Paul A. Lesko- Simmons Browder Gianaris
     Angelides & Barnerd, LLC