IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PURZEL VIDEO GMBH, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No. 1:13-cv-02501 |
| DOES 1-84, | ) ) Hon. Joan B. Gottschall |
| *Defendants*. | ) ) ***JURY TRIAL DEMANDED*** |

## JOINT STIPULATION OF DISMISSAL OF DOE DEFENDANT 3

Plaintiff Purzel Video GmbH and Doe Defendant 3 hereby inform the Court that they have resolved all claims asserted in this cause.

The parties request that the Court dismiss all claims against Doe Defendant 3 with prejudice. The parties further request that the Court dismiss any and all counterclaims against Purzel Video GmbH with prejudice.

All attorneys' fees, costs, and expenses shall be borne by each party incurring the same.

By: [signature]

Doe Defendant 3

By: /s/ *Paul A. Lesko*

Paul A. Lesko – IL Bar No. 6288806
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
plesko@simmonsfirm.com

Patrick J. Keating – IL Bar No. 6211380
230 West Monroe, Suite 2221
Chicago, Illinois 60606
Ph: 312-759-7500
Fax: 312-759-7516
pkeating@simmonsfirm.com

1

*Attorneys for Plaintiff Purzel Video GmbH*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

Jonathan Lucas Allen Phillips
Shay Kepple Phillips, Ltd.
456 Fulton St., Ste. 255
Peoria, IL 61602
Phone: (309) 494-6155
jphillips@skplawyers.com
*Counsel for Defendant Does 56 & 103*

Erin Kathryn Russell
The Russell Firm
233 South Wacker Drive, 84th Floor
Chicago, IL 60606
Phone: 312 994 2424
Fax: 312-706-9766
erin@russellfirmchicago.com
*Counsel for Defendant Doe 101*

Charles Lee Mudd, Jr
Liz Brodzinski
Stephanie Margaret Snyder
Mudd Law Offices
3114 West Irving Park Road, Suite 1W
Chicago, IL 60618
Phone: (773) 588-5410
cmudd@muddlawoffices.com
ssnyder@muddlawoffices.com
*Counsel for Defendant Doe 48*

Bart Wescott Huffman
Locke Lord LLP
600 Congress Avenue
Austin, TX 78701
Phone: (512) 305-4746
bhuffman@lockelord.com

3

Hugh Scott Balsam
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 443-0700
hbalsam@lockelord.com
*Counsel for SBC Internet Services, Inc., d/b/a AT&T Internet Services*

/s/ *Paul A. Lesko*
    Paul A. Lesko-Simmons, Browder, Gianaris,
    Angelides & Barnerd LLC