## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Purzel Video GmbH
                              Plaintiff,

v.                                            Case No.: 1:13−cv−02501
                                                  Honorable Joan B. Gottschall

John Doe 18, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2014:

      MINUTE entry before the Honorable Joan B. Gottschall: Motion hearing held. Plaintiff's motion for default judgment [62] is granted. Judgment is entered in favor of Plaintiff and against Doe Defendant 43 in the amount of $5,000.00 in damages, $160.00 in costs, and $240.00 in attorney's fees, for a total of $5,400.00. Judgment is entered in favor of Plaintiff and against Doe Defendant 68 in the amount of $5,000.00 in damages, $160.00 in costs, and $;240.00 in attorney's fees, for a total of $5,400.00. Doe Defendants 43 and 68 are permanently enjoined from directly or contributorily infringing Plaintiff's rights in its copyrighted Motion Picture. Doe Defendants 43 and 68 shall destroy all copies of the Motion Picture made or used by them in violation of Purzel Video's exclusive rights as well as all masters in their possession from which such copies may be reproduced. Enter order. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.