IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PURZEL VIDEO GMBH, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>Does 1-84, )<br>)<br>*Defendants.* )<br>) | Case No. 1:13-cv-02501<br><br>Hon. Joan B. Gottschall<br><br>***JURY TRIAL DEMANDED*** |

### _____, ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DOE DEFENDANTS 43 AND 68

Upon review and consideration of Plaintiff's Motion and Memorandum for Default Judgment against Doe Defendants 43 and 68, this Court hereby **GRANTS** Plaintiff's motion.

**IT IS HEREBY ORDERED THAT** Plaintiff is entitled to recovery of statutory damages against Doe Defendants 43 and 68 in the amount of $5,000 per Defendant;

**IT IS FURTHER ORDERED THAT** Plaintiff is entitled to recovery of its costs and attorneys' fees in the sum of $400.00 from each Defendant, as represented by $160.00 in costs per Defendant, plus $240.00 in attorneys' fees per each Defendant;

**IT IS FURTHER ORDERED THAT** Defendants are permanently enjoined from directly or contributorily infringing Plaintiff's rights in the Copyrighted Motion Picture at issue in this suit, including, without limitation, by using the internet, BitTorrent, or any other online media distribution system to reproduce (e.g., download) or distribute the Motion Picture, or to make the Motion Picture available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff;

**IT IS FINALLY ORDERED THAT** Defendants shall destroy all copies of the Motion Picture made or used in violation of Purzel Video's exclusive rights, as well as all masters in their possession from which such copies may be reproduced.

DATED: 2/4/14

BY: _____