IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PURZEL VIDEO GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-02501 |
| | ) | |
| Does 1-84, | ) | Hon. Joan B. Gottschall |
| | ) | |
| Defendants. | ) | ***JURY TRIAL DEMANDED*** |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Patrick J. Keating, formerly of the law firm Simmons Browder Gianaris Angelides & Barnerd LLC hereby moves to withdraw his appearance as counsel for Purzel Video GmbH, in the above-referenced case. Representation of this client will continue by Simmons Browder Gianaris Angelides & Barnerd LLC and the attorneys with Simmons Browder Gianaris Angelides & Barnerd LLC who are already involved in this case.

Dated: April 10, 2014            Respectfully submitted,

ROBERTS MCGIVNEY ZAGOTTA LLC

By:  */s/ Patrick J. Keating*
Patrick J. Keating – IL Bar No. 6211380
ROBERTS MCGIVNEY ZAGOTTA LLC
55 W. Monroe Street, Suite 1700
Chicago, IL 60603
Phone: 312-251-2273
Fax: 312-878-5201
pkeating@rmczlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2014, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

Paul A. Lesko
Simmons Browder Gianaris Angelides & Barnerd LLC
1 Court Street
Alton, IL 62002
Phone: 618-259-2222
plesko@simmonsfirm.com
***Counsel for Plaintiff reFX Audio Software, Inc.***

Brian J Cohan
Brian J. Cohan, P.C.
5659 RFD
Long Grove, IL 60047
Phone: 847-202-3341
brianjcohan@gmail.com

Erin Kathryn Russell
The Russell Firm
233 South Wacker Drive
84th Floor
Chicago, IL 60606
Phone: 312 994 2424
Fax: 312-706-9766
erin@russellfirmchicago.com

                                                  */s/ Patrick J. Keating*
                                                  Patrick J. Keating